Next case is 2008-5102 East and Shawnee Tribe v. United States Mr. Lineback whenever you're ready Is it Lineback? Am I pronouncing it correctly? Lineback My name gets butchered all the time so I... Pronounce it properly. Fine. Let's go forward. Thank you, your honor. May it please the court. 28 U.S.C. section 1500 limits the jurisdiction of the court of federal claims by denying it jurisdiction, subject matter jurisdiction, where the same matter, the same claim is pending in another court. Now the question presented in this appeal is whether or not the CFC is limited, they cannot hear my client's monetary claims for breach of fiduciary duty in relation to a trust action against the United States government where a claim for a general trust accounting is pending in the district court. Did you ask for money in the district court? No. Did you ask for equitable relief in the court of federal claims? We asked for purely equitable relief in the district court. No, in the court of federal claims did you ask for equitable relief? No, we did not. We specifically asked for consequential incidental damages that come directly from the breach of fiduciary duty with regard to actual trust transactions. I bet you wish you filed these suits in the other order now, don't you? That would have been helpful. Yeah, kind of a strange predicament. It's hard for me to understand the point of 1500, to be honest with you. It doesn't mean I don't have to apply it, but it's hard for me to understand the value that it serves. Well, and other courts and other decisions have raised that same issue, and it is a bit perplexing. But if we go back to the reasons why. Under 1500, there's a finding here by Judge Letown that the district court didn't have jurisdiction over this action because it was essentially a claim for money. Let's assume that he's correct about that, and that the district court does not have jurisdiction over the action because it's essentially a claim for money. Does section 1500 apply in circumstances where the district court lacks jurisdiction over the action? No, Your Honor. I would say not. Because if the district court did not have jurisdiction to hear the matter in the first place, it wouldn't raise the jurisdictional issue in the court of federal claims. In other words, that case was never appropriately appended in the district court. Therefore, the 1500 issue would never have arose in the court of federal claims. That's how I would answer the question. Now, what Judge Letown was concerned with was that he failed to see the independent value of the general trust accounting, separate and apart from a request for monetary damages with regard to trust transactions. When is the differentiation between those two claims? Well, initially, Your Honor, a judgment in aid of judgment, accounting in aid of judgment, is not relief. It's a litigation tool. It only applies after an award for money has been issued in the court of federal claim. And it assists the court in determining what the extent of monetary damages are applicable. So the scope is very, very narrow. It merely applies to analyzing the award of monetary damages in the court of federal claims to determine what the proper amounts are. But I would presume that if you filed a complaint in the court of federal claims alleging a trust fiduciary obligation on behalf of the United States to take certain actions, you would have to prove their breach of trust, first of all, for liability. Once that breach of trust is established, then you would have to prove damages. And how would you prove damages for that breach of trust? Well, it depends on what the breach of trust is. That's what I'm asking on this particular case. Let's take the example that the government entered into a land lease on behalf of the tribe at five cents on the dollar. Or it entered into a land lease and never collected rents. That would be a breach of trust. You would then take a look at the actual contracts. You would take a look at the amounts received under those contracts and determine whether or not the government acted as a proper fiduciary. In other words, did they meet the standard of care of a fiduciary? But does that go to the issue of liability or does that go to the issue of damages? That goes to the issue of liability in that particular case. Then the issue of damage becomes what is the actual harm to the trust corpus that results from that breach of fiduciary duty. And in that narrow example, you would take a look at the actual documents that were involved in the transaction and determine what the appropriate damage is. Would that be an accounting? It may include accounting if, for instance, the breach of fiduciary duty incorporates a subject matter which is not easily, which the damages are not easily discernible. So the Court of Federal Claims does have the ability to order an accounting? Yes, in the limited sense that if there is an award of monetary damages, it may order an accounting. Limited sense in what way? Well, it has to apply directly to the award of monetary damages. No, it has to apply directly to the determination of the liability for the breach of the trust. So once you establish a breach of trust, doesn't the fact that the breach of trust caused damages, you have to assess the damages, whether it's an accounting problem or otherwise, they can order it, can't they? Yes, they can, absolutely. You can get an accounting? Yes, in aid of judgment. Now that differs substantially. Not in aid of judgment. In aid of judgment, the accounting is totally separate. It's totally different. No, the Court of Federal Claims cannot order a general trust accounting. That is purely equitable relief that is in the purview of the district court. The reason why these cases are filed is that... Just to follow up on Judge Garza's question, does the Court of Federal Claims complaint here seek damages for breach of the duty to give an accounting? No, Your Honor. It does not? No, it does not. That is the distinction. That breach, that duty is the subject, is the graverman of the district court action. So it might just be incidental that the Court of Federal Claims does a limited for damages calculation purposes accounting. How, just out of curiosity, because I don't know a lot about this, how does a general accounting differ from an accounting that relates only to the assessment of damages? I imagine there are differences. I just don't know what they are. Sure. Now, general trust accounting is an accepted remedy in the district court. General trust accounting involves the entire trust relationship. It is comprehensive in scope. It analyzes all the trust activities, determines whether or not disbursements were made properly, whether the monies that were coming into the trust were reported accurately. It gives a report to the beneficiary. Can a suit be brought in the Court of Federal Claims for breach of that duty to provide a general accounting? Not unless it... No, it can't, Your Honor. No? Why not? Not unless it actually results in some type of a monetary damage. In other words, it's a cart before the horse. Oh, yeah, but I don't understand why you couldn't bring a suit in the Court of Federal Claims saying there was a duty to have this general accounting, that duty was breached, and here are the damages we'd like to recover. Because... You disagree that such a suit could be brought? Yes, I disagree that the Court of Federal Claims can issue an order for a general trust accounting. That's not my question. My question is there's a duty to account, there's a breach of the duty, there's damage. You can sue in the Court of Federal Claims for breach of the duty to account, right? The remedy for... Yes or no? I believe no. Why not? The reason why is the remedy for the failure to conduct a proper general trust accounting is an order of equity to go and do that. You can sue for damages for the breach of the duty, can't you? If there's a specific trust transaction that indicates that there was a breach of fiduciary duty with regard to a particular trust transaction, such as an oil and gas royalty or the like, then that is the action that you bring in the Court of Federal Claims. Your remedy for an action for a general trust accounting is purely equitable. It belongs in the court or the district court. And what are you seeking with that? The remedies for that, as we sought in our case, and we're seeking in our case, are a declaration that that has not been accomplished. In other words, the efforts of the government to do so have not been done appropriately. And two, an order to do a proper trust accounting, general pre-litigation trust accounting. And what does that have? What result do you get from that? You get a report. The report is an accounting report that goes through generally the handling of the trust with regard to not only that they're accurate accounting with regard to the monies that go into the account. What do you do with it once you get it in hand? It depends on what the report says. Let's say the report said that they should have charged $10 an acre of land instead of $5 an acre of land. Is that what the report said? That's one of the very narrow things that report can say. Let me finish my question. If, in fact, that's what the report says, then what do you do with that report if you establish that that lower charge that was made was a breach of trust? You can sue in the Court of Federal Claims for that breach of fiduciary duty for monetary damages. The accounting has its independent value aside from its determination of specific breach of duty trust. It's informational in nature. It allows the beneficiary to make decisions with regard to the handling of its trust assets. In other words, it may be determined that a particular land lease is not appropriate. The beneficiary can determine that a particular action should not be sought in the future. An independent general trust accounting has many, many different uses other than identifying a particular breach of transaction of a trust transaction that may be appropriate in the Court of Federal Claims. It's important to note that the claim for a general trust accounting and a breach of fiduciary duty for specific trust conduct, just trust transactions, are entirely independent. One does not depend on the other. You may maintain an action for general trust accounting in the district court, get your report, and decide never to bring a claim against the government, in this case, for any type of breach of fiduciary duty. That doesn't mean that report doesn't have any independent value. It does, as I've explained. If there are damages to recover, isn't that a valuable document to have? It would be valuable, but it might not even necessarily address the specific trust conduct that would be the subject of the Court of Federal Claims. Now, can you take that document, bring it over to the Court of Federal Claims, and say the breach has been made, we were damaged by $5 an acre because of the lower charge that was made, and I want my money for the 50 acres that should have been leased at $10 an acre, and I want $250? I believe that that could be done. Would you have to prove that again? You might very well have to prove an actual breach of fiduciary duty with regard to that particular transaction. In other words, the accountant may identify an issue, but the government may very well have a defense as to why that was the case, and that would be something that would be explored in the Court of Federal Claims as opposed to simply the reporting of that fact by the general trust accounting in the district court. Would the district court have the ability at that point, after the report was made, to order restitution for the $250? I don't think that's a particularly good example. The district court might very well be able to order restitution, in other words, to restate accounts. In other words, the trust corpus might have a certain amount of value in it, but if the trust records don't reflect the accurate amount, the district court can make an adjustment so that the account ledgers reflect the true value of the corpus. That could deal with the corpus itself. Let's see if I can get this straight, then. You've got a trust fund, which should be taken care of by the Interior Department. That trust fund should have $50 in it, and instead of $50, it has $10 in it. The differential of $40 you're claiming is an accounting differential, and you can get restitution of that $40 from the district court in that account. Yes, a restatement of the accounts. You're seeking money from the district court in restitution. Well, the court may very well order that, and you may very well request that. Now, in our case, we didn't do that. No, no. Hypothetically, yes. They could. So that's a money damage situation. No, no. That's a restatement. That's an equitable issue, not a money damage issue. What is the difference? If you had taken that same claim to the Court of Claims and you had said, my trust should have $50 in it, it only has $10, and we need to have that difference because you made a mistake in your breach of trust, which we can establish, you owe us money. What is the difference? That's what you'd have to do. You'd have to take that issue. What is the difference? You would have to take that issue to the Court of Federal Claims and prove that that differential is a result of a breach of fiduciary duty. So you could bring that claim in the Court of Federal Claims? That particular claim? Yes. Well, if you believe that it was a breach of fiduciary duty that resulted in that differential. But could that claim be brought? If it's merely a restatement of accounts, it's not necessarily a breach of fiduciary duty. It may be it's just a mistake. The mistake is not a breach of duty? It depends. It depends on whether or not it violates the standard of care of a fiduciary. The point is that there are certainly circumstances that you can take information that you glean from a general trust. So the District Court has jurisdiction if it's a mistake, but the Court of Claims has jurisdiction if it's a breach of duty? Well, if it's considered restitution, that's an equitable remedy that the District Court has purview over. If it is a breach of fiduciary duty requiring monetary damages, then that would be something that the Court of Federal Claims would have jurisdiction over. Counsel, is it your position, because Keene interchangeably uses relief sought and relief requested as the test, did I understand from your briefs, Lovelady's, Johnson-Manville, all the cases seem to follow that same structure. And do I understand from your briefs that your argument is that the relief we sought in the one court is the equitable accounting and the other court is purely damages? And so if we look at the face of your complaints, which Keene and other cases say to do to determine the relief sought, that if one is incident to the other, it's irrelevant? That's correct. That's your argument, right? The cases stand for the proposition that it is essential to take a look at the actual claims and the actual operative facts which are linked to those claims in each of the complaints and then take a look at, for instance, the relief, specifically look at the relief requested in the complaints in the analysis. I see that my time is up. No, I'm worried about your time. We'll put some more time on the clock. You've been asked a lot of questions. The aspect that bothers me is that 1500 is a crazy statute to begin with. It does have its purposes when it was first enacted, but at the same time, it's easy to comply with. If you had filed this in the Court of Federal Claims first, then sought the claim in a district court, we wouldn't be here today, would we? No, Your Honor. It is that simple. And it seems that a lot of these claims that have been filed here were filed after the filings were made in the district court. Yes, Your Honor, and there is a reason for that. There is a slew of them. And that is there were certain statute of limitation issues that were raised in connection with actions against the government in relation to the trust. And so that is why the breach of fiduciary duty claims were all brought at the end of 2006. Many of these cases already preexisted in the district court because of the Cobell case. And so many litigators, many clients had the issue of having already had a case in the district court, and then had to file in the Court of Federal Claims in order to protect themselves against a potential statute issue. But the Cobell case covered IIM funds, did it not? Individual funds, yes, that's correct. And not tribal trust funds. Yes, that is true, but the authority that required the tribes to file their cases didn't make that distinction, or did not clearly make that distinction. And that's why tribal IIM accounts, there are tribal IIM accounts, and other tribal trust accounts are involved, and that's why those decisions were made to bring those cases at that time. It all stems from the original requirement that the court make the accounting to the individual Indians, and that requirement was extended to the tribes themselves, and therefore when the legislature made the decision that you need to make your claims based on that accounting before a specific time, that resulted in a number of tribes filing the actions in the time that they did. In the district court. Are those already pending? Any of them are already pending, some are not. Thank you very much. We'll restore your rebuttal time. I appreciate that, thank you. Mr. Avila, we'll give you some additional time also so you don't feel slighted. May it please the court, Aaron Avila on behalf of the United States. I'd like to start first with the language of the complaints here, because it seems to me... Could there be, does the court of federal claims have jurisdiction over a claim that there was a breach of the duty to account? Well, you'd have to identify a money mandating statute that imposed that duty. Well, assuming there's a trust obligation here, or a statutory obligation under this 1994 statute, it's a simple question. Could you sue in the court of federal claims for breach of the duty to render an accounting? I don't think that would be a money mandating statute, but the important point under France... What's not a money mandating statute? I don't think the accounting statute would be a money mandating statute for the Tucker Act purposes. Has that issue been addressed? Not that I'm aware of, but I think the important point, Your Honor, is that in their complaint... What about the trust duty to account? Can they sue for breach of the trust duty to account? They may be able to sue for that, but the question of whether it's a money mandating statute I don't think has been addressed, not that I'm aware of, but I think the court... Which statute is not money mandating? The statute providing for an accounting, I don't think that contemplates a monetary remedy, but I think the important point is... What does it contemplate? An accounting that will be rendered. A 3-by-5 card in the stacks of the bottles of the BIA, or does it require an accounting for particular purposes, and if you fail to do that accounting, then there's a monetary recovery for failing to do the accounting. Well, I don't think it's a money mandating statute, but that question isn't presented here, because in their CFC complaint here, they allege the defendant has failed to keep records and or has failed to keep proper records regarding the plaintiff's trust accounts and assets. So your theory is that they're suing for a breach of the... Correct, and that is all that matters. No, wait, so the record is clear. Your understanding is they're suing for a breach of the duty to account. In the CFC, and they're seeking money damages for that, and that's from paragraph 23 of the complaint. And I think it's also important that in the district court, they are seeking not just equitable relief, they're seeking an accounting and a reconciliation of their trust accounts. A reconciliation, it sounds to me like not just changing numbers on a ledger, it's changing numbers on a ledger and giving you that money, and that's monetary relief that's barred under Section 1500. I think telling on page 30... So now we come to the question, Judge Liddell said, because of this overlap, does somebody seem to agree with you? Because of this overlap, we look at the district court complaint, and in fact, it's a suit for money damages in reality, and therefore the district court doesn't have jurisdiction. Does that lead to the conclusion that 1500 doesn't apply? No, it does not, Your Honor. Why not? Because under the France case in this court, the question is what is pled in the complaint? Yeah, but we've got an embanked decision since then in Lovelace, which said that the fact that in the district court suit there was a claim for a taking isn't a problem because we ignore that. The district court has no jurisdiction over a taking, right? I don't think that's what Lovelace, I don't think stands for the proposition that you don't look at what is pled in the complaint. Well, that's what it said. It said we don't have to pay attention to the takings claim in the district court complaint. That doesn't create an overlap because the district court has no jurisdiction over the takings claim. But I thought Lovelace had construed, I mean, there, the two theories of relief were diametrically opposed. In the district court, it was an APA lawsuit by the plaintiff claiming that the Army It wasn't just an APA lawsuit, it also stated a takings claim. But it was a claim that they were denied their wetlands permit. No, no, no, I think you need to go back and read Lovelace because it specifically states that there was a takings claim pled in the district court. It specifically states we don't have to pay any attention to that because the district court doesn't have jurisdiction over the takings claim. Well, in Keene, the court said if there's some overlap in the relief requested, and that is at page 212 of the Keene decision. So in the France case, it says we do not look to whether or not the other court could grant the jurisdiction. I just wanted to make one point about the monetary relief sought in the district court. On page 13 of the opening brief What's the overlap in the relief requested? You just got finished answering Judge Dyke's question saying we focused on the language of the complaint a minute ago. So what in the complaint, I'd like to give you a chance to go back to it. I think you wanted to do it in the beginning. What in the complaint explicitly shows this overlap? In the district court, they are seeing an accounting and reconciliation of their trust accounts. And a reconciliation sounds an awful lot like a request for money. And to back that up, on page 13 of the opening brief Show me where the language is that you point to. It's paragraph 1 of the complaint. What page in the appendix? I'm sorry, Your Honor. Page 843, this is an action by the plaintiff for an accounting and a reconciliation of its trust funds for equitable relief and for other such relief as this court deems appropriate. And then, page 854 of the joint appendix. And they go on to say that if the tribe has damages, they will have to be filed in the court of federal claims. Well, they seek an order, well, they seek an order purporting to preserve those claims. But they also are seeking an accounting and reconciliation. But that's what I'm concerned about, or misunderstanding, is how you interpret this as a claim for monetary damages in the district court when they actually include a specific paragraph quite clearly recognizing that if there's any monetary relief to be sought, they will have to file a separate action in the court of federal claims. So I'm baffled by how you conclude that that therefore means they're asking for money. On page 13 of the opening brief, the tribe says, An accounting is defined as an adjustment of the accounts of the parties and a rendering of a judgment for the balance ascertained to be due. That sounds to me like what they contemplate by an accounting is a judgment for the balance ascertained to be due. And that's page 13 of the opening brief. What they say, though, in the complaint is that if there's any claim for money, we'll have to seek this in the court of federal claims. And the complaint and the relief sought in the complaint, under the language of Keene that you pointed us to, I don't see how to interpret, regardless of what their argument is as to what they might like in the world to have done, I don't see how I can interpret the language in their complaint. Well, in addition, they seek a mandatory injunction requiring the defendants to provide for an order directing the defendants, this is page 855 of the joint appendix, for an order directing the defendants to manage all of the plaintiff's current and future trust funds, properties, and resources in full compliance with all applicable law, and with their duties as the plaintiff's guardian and trustee. What section of the complaint is this? I'm sorry, this is the prayer for relief, page 855, paragraph 5. Paragraph 5 of the relief sought. That's what I was looking for. Page 13 of the complaint. Yeah, page 13 of the district court complaint. But they're asking for an order, an order, that's not money again. No, no, so this is an additional overlap. That same inquiry is going to be part of the monetary damages in the CFC, determining the trust duties. Okay, so show me in the CFC complaint where you see them asking for the same thing, because I don't see the money in the district court pleading anywhere. So where is the overlap in the equitable relief that you're saying exists? They seek those very same determinations as part of their damages remedy. The same questions will have to be answered. There's a difference between a determination and an order, isn't there? An order is asking the court to enforce something by way of equitable authority. Having them simply review something for purposes of deciding what the damage calculation is is not equitable relief. Is it? I mean, you're a well-versed attorney, and tell me. Well, again, Your Honor, I think there's an overlap in what they are seeking. There's certainly an overlap in what the court's going to have to do in each of these two cases to decide these cases. I don't think that opposing counsel would disagree with you, but what I want to know from you is where did they seek in the complaint, in the language of Keene that you pointed us to, the same or overlapping relief? Well, again, they seek an accounting and reconciliation. In paragraph 7 of the prayer for relief on A55 is, for such other relief as may be just and equitable. Hold on. Hold on. Page 55. Are we now in the CFC complaint or the district court complaint? District court. Okay. You're jumping back and forth. I apologize, Your Honor. Okay, A55. So we're in the district court where they're asking, in the language they're asking for just equitable stock. So what are you pointing me to? For such other relief as may be just and equitable. And that, in combination with the accounting and reconciliation, I think opens up to So when they say for such other relief as may be just and equitable, you want us to read that strictly as a request potentially for damages. For money. It only has to be an overlap in monetary relief. Even though in an earlier paragraph of the identical complaint, they say we recognize if any money is available or due to us as a result of this accounting, we know we have to look for it in the court of federal claims. Well, I don't I mean, absent that sentence, your argument might have more merit, but given that they sparsely disavow looking for money in the district court, it's becoming so hard for me to interpret such a vague statement in the way you'd like. Well, this only says it has claims to damages that cannot be ascertained. That doesn't, and it, I mean, what's interesting, so that only talks about damages, not money. Right? Paragraph 38 and 39 only talks about any claims to damages that cannot be ascertained until after the defendants make a reconciliation account. It doesn't talk about money generally. In paragraph 34 of the district court complaint, that's page A54, says the plaintiff is entitled to declaratory and injunctive relief requiring the defendants to provide, I'm sorry, I'm talking fast, and preserving any claims which might be identified once that accounting is received, and that is not tied to any court. So that equally could be read to suggest that that, in combination with the accounting and reconciliation, they are Hold on. Paragraph 34 asks for declaratory and injunctive relief. I don't, I have never seen someone ask for declaratory and injunctive relief and have someone tell me that is money. How is declaratory and injunctive relief in any case ever construed to be money? It's the last part of that paragraph, and preserving any claims which might be identified once that accounting is received. Well, there are, in fact, cases that say that declaratory relief is something that can, in effect, be barred in the district court because the court of federal claims can give an adequate remedy for that. That's the Christopher Village case. That's correct. And I don't, I mean, and with respect to this order, I don't know that the district court has authority to preserve claims for damages. I don't know what that order would look like. But how is it money, though? Your own admission just there was I don't know what that order would look like that would instruct somebody to preserve a claim for damages. It's still equitable. That's the point. It's not, even if they're asking the district court to do something that's beyond the district court's authority, it's still asking the district court to do something that amounts to something equitable. And that's something for money. I thought we just heard a conversation about restitution, and it sounded an awful lot like they were seeking restitution in the district court to me. No, I think those were answers in response to hypotheticals that got further and further sort of from the facts of this case, which we need to explore to figure out, you know, if we're drawing a line, where the line ought to get drawn. But I didn't understand them to ever suggest they were asking for restitution in this complaint. And maybe during rebuttal they can clarify that. Are you familiar with the Great Northern case, Justice Scalia's opinion in the Great Northern? I'm not. I'm sorry, Your Honor. Well, you want to go read that, too, because he explains Bowen and he explains district court jurisdiction and says that, you know, the fact that you're seeking an injunction in declaratory relief, which has the effect of conveying a right to money, is in fact a claim for money damage. Correct. Absolutely, yes, I am familiar with that case. Justice Scalia's never liked Bowen to begin with. He cited his dissent in the majority of minutes. He does as authority. But let me ask you something, Mr. McGill. Going back to the issue of whether or not the entire case, which was brought in the district court for accounting, could have been brought in the Court of Federal Claims as part of that complaint for monetary relief. Would they have been able to obtain the same type of relief from the CFC that they would get from the District Court? They would get an accounting aid of judgment in the Court of Federal Claims, and they would have all the pretrial options that are available in the Court of Federal Claims. So I'm not, I mean, and they seek an accounting. They say they allege a failure to provide an accounting in the CFC complaint and seek damages in that complaint. Now, whether that's a viable claim or not is a different matter. Is there a difference? I asked opposing counsel the same question. I'd like to hear your answer. Is there a difference between an accounting that might be done by way of a damages determination and an equitable accounting as was requested in the district court? There could be differences. I imagine the scope might be quite different, for example. Part of the problem, though, is that no one has determined what a, I resist the term equitable accounting because I don't know that one is entitled to that in the district court writ large, and there's very many different conceptions of what an accounting is. And so there could be differences, but they also could be the same. Are you familiar with the Cobell case? I'm familiar with it. I'm not involved in it, but I am familiar with it. There was a recent opinion that was issued by the district court, which provided for $455 million in restoration. Are those damages or are those an accounting difference? There has been an interlocutory appeal taken from that judgment, and I believe the D.C. Circuit has granted that. No, I understand that. In my view, at the very least, that would be improper monetary damages, and at the very least it would be money that would overlap with a CFC complaint. The government's position, Cobell, is that that is within the jurisdiction of the court of federal claim. That it's not proper ADA, Administrative Procedure Act relief, unless the court has further questions. I appreciate the extra time, Your Honors. Thank you. Thank you. Your Honors, just to address a point that was raised by counsel for the government, there is no reason why, and the cases support this, as to why we can't identify a particular wrong in the district court and seek monetary damages for that wrong in the court of federal claims. So the idea that that is impermissible is simply not the case. What is the purpose of Section 1500? Let's go back very quickly to the Cotton cases and the subsequent cases. The court is worried about duplicative actions, and duplicative requests for damages. The truth of the matter is that my client cannot receive complete relief in either the district court or the court of federal claims. The court of federal claims does not have the ability to order a general pre-litigation trust accounting. It simply does not have the authority to do that. It has the narrow ability to order an accounting in aid of judgment only, and that relates only to a very specific and narrow topic of the particular award of money damages that is awarded in the court of federal claims. In fact, Section 1500 has never been applied to prevent a plaintiff from obtaining full and complete relief, and if it is applied in this case, that's exactly what will happen. The Johns Mandel case is important because it basically stands for the proposition that the courts intended to force an election where both forms could grant the same relief arising from the same facts. That's simply not the case here, where we have distinctly different relief being requested in both courts under separate operative facts. And unless there are any further questions to the court, I'd be happy to address them. If not, I will submit. Thank you. The case is submitted, but before counsel leaves, we would like to have a short 10-page brief, no longer than 10 pages, submitted within two weeks of today on the issue of when the district court lacks jurisdiction under 1500. What is the result? In terms of what happens to the case? Assuming that Judge Letow is correct that the district court lacks jurisdiction over this case, does that mean that 1500 is inapplicable? The judge in the Court of Federal Claims stated that the district court had no jurisdiction. We would like your views on it. We will file them simultaneously. Thank you. Thank you very much. The case is submitted. We appreciate the argument. The court is adjourned tomorrow morning until 12 o'clock a.m. Thank you.